# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **2:10-CR-00283-PMP-GWF** |
| | ) | |
| **HELEN KANE,** | ) | |
| | ) | |
| **Defendant.** | ) | **ORDER** |
| | ) | |

On June 17, 2010, the Federal Public Defender was appointed to represent Helen Kane. The Court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that JONATHAN L. POWELL, ESQ. is APPOINTED as counsel for HELEN KANE in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Powell forthwith.

DATED this ___3rd_____ day of February, 2011.
Nunc Pro Tunc: February 3, 2011.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE