FILED
OCT 18 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY___                      DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-283-PMP (GWF) |
| HELEN KANE, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On October 17, 2011, defendant HELEN KANE pled guilty to Count One of an Eight-Count Criminal Indictment charging her in Count One with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Section 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment and agreed to in the Plea Memorandum. Docket #1.

This Court finds that HELEN KANE shall pay a criminal forfeiture money judgment of $784,709.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from HELEN KANE a criminal forfeiture money judgment in the amount of $784,709.00 in United States Currency.

DATED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE