**FILED**

FEB 01 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HELEN KANE, ) <br> ) <br> Defendant. ) | 2:10-CR-283-PMP (GWF) |

### ORDER OF FORFEITURE

This Court found on October 19, 2011, that HELEN KANE shall pay a criminal forfeiture money judgment of $784,709.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A). Docket #1, #63, #65, #66.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from HELEN KANE a criminal forfeiture money judgment in the amount of $784,709.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

DATED this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE